USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/7/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

-against-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

In re:

BERNARD L. MADOFF,

        Debtor.

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

        Plaintiff

-against-

ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),

        Defendant.

17 Civ. 7476 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 30, 2020, the parties filed a letter informing the Court that the Second Circuit vacated the judgment of the United States Bankruptcy Court for the Southern District of New York at issue in this action, and remanded the case to the Bankruptcy Court, *In re Picard, Tr. for the Liquidation of Bernard L Madoff Inv. Sec. LLC*, 917 F.3d 85 (2d Cir. 2019). ECF No. 20. In light of the Second Circuit's decision and the issuance of its mandate, the parties requested that the Court terminate this appeal. *Id.* Accordingly, it is ORDERED that the appeal is DISMISSED.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 7, 2020
       New York, New York

ANALISA TORRES
United States District Judge